# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **ELEVATE FEDERAL CREDIT UNION,**<br><br>Plaintiff/Counterclaim Defendant,<br><br>vs.<br><br>**ELEVATIONS CREDIT UNION,**<br><br>Defendant/Counterclaim Plaintiff. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 1:20-CV-00028-DAK-JCB<br><br>Judge Dale A. Kimball |

Based on this court's March 16, 2022 Memorandum Decision and Order, the court enters judgment in favor of Elevate Federal Credit Union on all claims. This action is closed.

DATED this 16th day of March, 2022.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge